EXHIBIT "A"

Electronically Filed by Superior Court of California, County of Orange, 05/05/2021 02:28:56 PM.
30-2021-01200049-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Hailey McMaster, Deputy Clerk.

NEHORA LAW FIRM, APC
RICK J. NEHORA, SB# 277496
rnehora@nehoralaw.com
BRETT B. GOODMAN, SB# 260899
bgoodman@nehoralaw.com
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: 949.629.4349
Facsimile: 949.629.4469

Attorneys for Plaintiff, Louis Zaharias

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

| Louis Zaharias, | CASE NO.: 30-2021-01200049-CU-PO-CJC |
|---|---|
| Plaintiff, | [UNLIMITED CIVIL JURISDICTION] |
| v. | **PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |
| United Airlines, Inc. and DOES 1 through 50, inclusive, | Assigned for All Purposes<br>Judge Richard Lee |
| Defendants. | |

COMES NOW, Plaintiff, Louis Zaharias (hereinafter "Louis"), an individual, for causes of action against Defendant, United Airlines, Inc., and DOES 1 through 50, inclusive, and each of them, hereby complains and alleges as follows:

### GENERAL ALLEGATIONS

1. The claims set forth herein arise from the permanent and severe injuries Louis sustained after striking his head on a disguised plexiglass shelf attached to a wall at John Wayne Airport in Orange County, California. The incident Louis complains of occurred when Louis was restricted to a small corner of the airport by United Airlines, Inc. employees who laughed at Louis after they observed Louis **(i)** strike his head, **(ii)** fall to the floor and **(iii)** sustain a Traumatic Brain Injury (TBI), as well as orthopedic injuries which caused Louis to vomit and lose control of his bladder, to the apparent enjoyment of United Airlines, Inc. employees, given their laughter.

1
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

2. At all times relevant herein, Louis is and was a resident of Orange County, California.

3. Louis is informed and believes, and thereon alleges, that at all times relevant herein, United Airlines, Inc. was a corporation duly authorized to do business in the State of California.

4. Louis is informed and believes, and thereon alleges, that at all times relevant herein, United Airlines, Inc. and DOES 1 through 50, inclusive, and each of them, owned, occupied, leased, used, regulated, controlled, managed, maintained, operated, supervised, repaired, designed, constructed, engineered, inspected, regulated, modified, planned and possessed the portions of John Wayne Airport within which Louis was injured.

5. The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 50, inclusive, are unknown to Louis who therefore sues said DOE Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued DOE Defendants is unknown to Louis. Louis is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Louis. Louis will seek leave of Court to amend the instant Complaint to show the Defendants' true names and capacities after the names and capacities of said Defendants have been ascertained.

6. Louis is informed and believes, and thereon alleges, that at all times relevant herein, United Airlines, Inc. and DOES 1 through 50, inclusive, and each of them, were the agents, servants, employees and/or joint venturers of their co-Defendants, and each of them, were acting within the course, scope and authority of said agency, employment and/or venture, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring, retention, training and supervision of each and every other Defendant as an agent, employee and/or joint venturer.

2
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## FIRST CAUSE OF ACTION

**(Negligence By Louis Zaharias As Against United Airlines, Inc. and DOES 1 through 50, Inclusive)**

7. Louis re-alleges and incorporates herein by reference each and every allegation contained in the prior paragraphs above.

8. On approximately December 18, 2020, Louis travelled to New York in order to visit his 92-year-old Aunt Lil who was in poor health. Louis returned to Orange County, California, on or around December 27, 2020, following his familial celebrations with his elderly Aunt Lil. After exiting the United Airlines, Inc. return flight to Orange County, California, Louis was distraught to learn that portions of his luggage, including personal and sentimental gifts from his Aunt Lil, were lost by the airline. Despite the exhaustion from the flight and mental anguish of losing his possessions, Louis approached United Airlines, Inc. baggage claim office, where United Airlines, Inc. employees refused to provide Louis with a baggage claim form and first demanded an inventory of Louis' possessions. In the process, Louis was isolated to a corner of John Wayne Airport and was instructed that he could not leave the small area without giving up his right to reclaim his lost possessions. While struggling to complete the baggage claim process, which United Airlines, Inc. employees made especially difficult, Louis struck his head on a disguised plexiglass shelf attached to a nearby wall, causing him to fall onto the ground. The incident resulted in a traumatic brain injury, concussion and orthopedic injuries. United Airlines, Inc. employees simply stared at Louis, an elderly man, and watched him struggle. As Louis was unable to stand up, he proceeded to stagger toward baggage claim and across the airport looking for help. Due to a concussion and being disoriented and in pain, Louis vomited and lost control of his bladder as United Airlines, Inc. employees laughed and joked about him.

9. Once United Airlines, Inc. employees were seemingly bored of humiliating the ailing, hurt, elderly man, they contacted the police to have the United Airlines, Inc. passenger, who was treated like a vagrant, forcibly removed from the airport. The authorities who arrived at the scene were horrified by the situation, chastising United Airlines, Inc. for the humiliation and pain that Louis was forced to endure and helping Louis obtain medical attention.

10. As a direct and proximate result of the negligence of United Airlines, Inc. and DOES 1 through 50 as set forth above, Louis sustained injuries and damages including a Traumatic Brain Injury (or "TBI"), memory loss, inability to focus and cognitive dysfunction, among other issues necessitating medical treatment, which is ongoing. Louis further contends that the incident complained of herein adversely affected his quality of life and has interfered with his ability to work, thereby compromising his physical, mental and fiscal wellbeing. Consequently, Louis has suffered **(i)** wage loss, **(ii)** hospital and medical expenses, **(iii)** general damage and **(iv)** loss of earning capacity, including loss of opportunity, past, present and future, in an amount to be proven at the time of trial in this action according to proof, pursuant to *California Code of Civil Procedure* §425.10. Louis also sustained and continues to suffer from emotional injuries and emotional distress, as a result of the bodily injury and adverse mental impact on Louis caused by the negligence of United Airlines, Inc. and DOES 1 through 50, inclusive, and each of them.

11. As a result of the incident that Louis complains of herein, Louis has sustained damages in excess of the jurisdictional minimum amount, which will be shown according to proof at the time of trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Louis hereby prays for judgment against United Airlines, Inc. and DOES 1 through 50, inclusive, and each of them, as follows:

1. For general damages, including but not limited to, past and future pain and suffering and emotional distress, in an amount in excess of the jurisdictional minimum, according to proof;

2. For special damages, including but not limited to, past and future hospital, medical, professional, and incidental expenses as well as past and future loss of earnings, loss of opportunity, and loss of earning capacity, in excess of the jurisdictional minimum, according to proof;

3. For compensatory damages as provided for herein, in excess of the jurisdictional minimum, according to proof;

4. For an award of costs;

5. For prejudgment interest, according to proof and

///

6. For such other and further relief as the Court may deem just and proper.

Dated: May 5, 2021

NEHORA LAW FIRM, APC

By: _____
Rick J. Nehora
Attorneys for Plaintiff, Louis Zaharias

NEHORA LAW FIRM, APC
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
(949) 629-4349 • Fax. (949) 629-4469

## JURY TRIAL DEMAND

Louis Zaharias respectfully requests a Jury Trial of all issues so triable.

Dated: May 5, 2021  NEHORA LAW FIRM, APC

By: _____
Rick J. Nehora
Attorneys for Plaintiff, Louis Zaharias