EXHIBIT "E"

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Rick J. Nehora (SBN 277496) Nehora Law Firm, APC 23 Corporate Plaza Dr., Suite 150 Newport Beach, California 92660 rnehora@nehoralaw.com  TELEPHONE NO.: 949-629-4349  ATTORNEY FOR (name): Louis Zaharias | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Louis Zaharias
DEFENDANT: United Airlines, Inc.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 30-2021-01200049-CU-PO-CJC

To (name of one defendant only): United Airlines, Inc.
Plaintiff (name of one plaintiff only): Louis Zaharias
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [x] Pain, suffering, and inconvenience ................................... $ 500,000.00
   b. [x] Emotional distress. ................................................. $ 3,000,000.00
   c. [ ] Loss of consortium ................................................. $
   d. [ ] Loss of society and companionship (wrongful death actions only) ..... $
   e. [ ] Other (specify) ................................................... $
   f. [ ] Other (specify) ................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [x] Medical expenses (to date) ........................................ $ 100,000.00
   b. [x] Future medical expenses (present value) ........................... $ 2,300,000.00
   c. [x] Loss of earnings (to date) ........................................ $ 80,000.00
   d. [x] Loss of future earning capacity (present value) ................... $ 1,840,000.00
   e. [x] Property damage ................................................... $ 3,150.00
   f. [ ] Funeral expenses (wrongful death actions only) .................... $
   g. [ ] Future contributions (present value) (wrongful death actions only)  $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) $
   i. [ ] Other (specify) ................................................... $
   j. [ ] Other (specify) ................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
       when pursuing a judgment in the suit filed against you.

Date: June 9, 2021

Rick J. Nehora
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                                Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courts.ca.gov

# PROOF OF SERVICE

*Louis Zaharias v. United Airlines, Inc.* – Case No. 30-2021-01200049-CU-PO-CJC

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 23 Corporate Plaza Dr., Suite 150, Newport Beach, CA 92660.

On June 9, 2021, I served the following document(s): PLAINTIFF'S STATEMENT OF DAMAGES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Todd C. Worthe, Esq. – tworthe@whwlawcorp.com
Mackenzie C. Foellmer, Esq. – mfoellmer@whwlawcorp.com
Lacy Roberts – lroberts@whwlawcorp.com
Gina Fisher – gfisher@whwlawcorp.com

The documents were served by the following means:

[X] (BY Electronic Mail) I directed the documents via electronic mail (e-mail) to the persons at the addresses listed above and

[ ] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

[ ] I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses referenced above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2021, at Newport Beach, California.

_____
Rick J. Nehora

---

1
PROOF OF SERVICE